UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GT SOLAR INCORPORATED, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FABRIZIO GOI, )<br>Defendant. )<br>) | Civ. No. 1:08-cv-249-JL |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that Attorney Lanny J. Davis, admitted *pro hac vice* as counsel for Defendant Fabrizio Goi, has moved his law practice to McDermott, Will & Emery, 600 13th Street NW, Washington, D.C. 20005-3096 (telephone: 202-756-8211) (email: ldavis@mwe.com).

|  |  |
|---|---|
|  | Respectfully submitted,<br>FABRIZIO GOI,<br>By his attorneys, |
| Dated: October 16, 2009 | By: /s/ James P. Ball<br>Michael J. Connolly, Esq. (#14371)<br>James P. Ball, Esq. (#19209)<br>Hinckley, Allen & Snyder LLP<br>11 South Main Street<br>Concord, NH  03301-4846<br>(603) 225-4334 |

### CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served by way of the Court's Electronic Case Filing system on all counsel of record.

/s/ James P. Ball
James P. Ball

#825167