UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GT SOLAR INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>FABRIZIO GOI,<br><br>      Defendant. | Case No.: 1:08-cv-249-JL |

### ORDER ADDENDING STIPULATED PROTECTIVE ORDERS

The Court hereby amends the Stipulated Protective Orders entered by this Court on January 20, 2009 and April 21, 2009 to permit the use of INFORMATION, as defined therein, for purposes of any claims between GT Solar and PPP/PPP-E, whether or not filed in this action. All other provisions governing the use of INFORMATION, as defined in the Protective Orders shall remain in effect.

**SO ORDERED.**

Date: December 23, 2010         /s/ Joseph N. Laplante
                                Hon. Joseph N. Laplante